IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLIFFORD LOCKLEAR,

      Plaintiff,                No. 2:09-cv-2594 JFM (PC)

   vs.

DR. SCHWINER, et al.,

      Defendants.         ORDER

_____/

      Plaintiff has filed a second motion for appointment of counsel.[1] The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court still does not find the required exceptional circumstances. Plaintiff's second motion for the appointment of counsel will therefore be denied.

/////

---

[1] Plaintiff's first motion was filed September 16, 2009 and denied by order filed October 15, 2009.

1

1   In accordance with the above, IT IS HEREBY ORDERED that plaintiff's
2   December 31, 2009 motion for the appointment of counsel is denied.
3   DATED: February 1, 2010.

UNITED STATES MAGISTRATE JUDGE

12/mp
lock2594.31(2)

2