IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLIFFORD LOCKLEAR,

    Plaintiff,                    No. 2:09-cv-2594-JFM (PC)

  vs.

DR. SCHWINER, et al.,

    Defendants.

_____/       <u>ORDER</u>

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. On February 8, 2010, a letter from plaintiff was filed in this action. Good cause appearing, the Clerk of the Court will be directed to send a copy of plaintiff's letter and the documents attached thereto to counsel for the plaintiff class in <u>Coleman v. Schwarzenegger</u>, No. 2:90-cv-0520-LKK-JFM (PC). Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to send a copy of the letter filed in this action on February 8, 2010 to Amy Whelan, Esq., Rosen, Bien & Galvan, LLP, 315 Montgomery Street, 10th Floor, San Francisco, CA 94104.

DATED: February 16, 2010.

                                            UNITED STATES MAGISTRATE JUDGE

12;lock2594.let

1