1

2

3

4

5

6

7

8             IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CLIFFORD LOCKLEAR,

11           Plaintiff,                    No. 2:09-cv-2594-JFM (PC)

12      vs.

13   DR. SCHWINER, et al.,

14           Defendants.               <u>ORDER</u>

15   _____/

16           Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to

17   42 U.S.C. § 1983.  On June 17, 2010, plaintiff filed a document styled "Restraining Order for

18   Noncompliance for Demand Documents and Property."  Although it appears that plaintiff is

19   alleging some difficulties in obtaining property related to this action, the allegations are

20   unsupported by any evidence and are too vague and conclusory to support any court action.  The

21   document will therefore be disregarded.[1]

22           On August 31, 2010, defendants moved for an extension of time to file a

23   dispositive motion until after disposition of defendant Clay's pending motion to dismiss.  The

24   _____

25       [1]  Appended to the document is a request for a witness at trial.  Requests for witnesses
     should be made, if at all, with the pretrial statement.  The instant request is premature and will be
26   disregarded.

1

1  court has concurrently issued findings and recommendations recommending that defendant

2  Clay's motion be granted and defendant Clay be dismissed from this action.  Good cause

3  appearing, defendants' request will be granted and the parties will be granted a period of thirty

4  days after any order by the district court resolving defendant Clay's motion to dismiss in which to

5  file dispositive motions.

6          In accordance with the above, IT IS HEREBY ORDERED that:

7          1.  The document filed by plaintiff on June 17, 2010 will be disregarded;

8          2.  Defendants' August 31, 2010 motion for an extension of time to file

9  dispositive motions is granted; and

10         3.  The parties are granted a period of thirty days after any order by the district

11 court resolving defendant Clay's motion to dismiss in which to file dispositive motions.

12 DATED: September 14, 2010.

14                                              _____
                                                UNITED STATES MAGISTRATE JUDGE

16 12
   lock2594.o

2