IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLIFFORD LOCKLEAR,

     Plaintiff,                           No.  2:09-cv-2594 MCE JFM (PC)

   vs.

DR. SCHWINER, et al.,

     Defendants.                 <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  On October 11, 2011, plaintiff filed a motion for reconsideration of this court's July 20, 2011 (ECF No. 42), order adopting in full findings and recommendations issued by the magistrate judge on June 6, 2011, and granting defendants' motion for summary judgment.  The court construes this motion as a motion for relief from judgment pursuant to Fed. R. Civ. P. 60(b).

        Rule 60(b) of the Federal Rules of Civil Procedures provides in relevant part for relief from judgment on the basis of " mistake, inadvertence, surprise, or excusable neglect" or "any other ground that justifies relief."  Fed. R. Civ. Pro. 60(b)(1), (6).  Plaintiff has not made a showing in his motion for reconsideration that supports his request for relief from the judgment entered in this action.

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's October 11, 2011 motion for reconsideration is construed as a motion for relief from judgment and, so construed, is DENIED.

Dated: March 28, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE